Unsealed 6/10/10 W/H

~~SECRET~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2010 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. **10 CR 2154 BTM** |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 21, U.S.C., Secs. 952, 960 and 963 - Conspiracy to Import a Controlled Substance; Title 21, U.S.C., Secs. 952 and 960 - Importation of a Controlled Substance; Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute a Controlled Substance; Title 21, U.S.C., Sec. 841(a)(1) - Possession of a Controlled Substance with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| MANUEL BELTRAN-TORRECILLAS (1), ) GILBERTO ROMERO-FIGUEROA (2), ) aka Guero, ) JOSE LONGORIA RODRIGUEZ (3), ) aka Tio, ) FELIPE RANGEL (4), ) aka Flip, ) ESPERANZA GASTELO (5), ) aka Pera, ) DAVID MARTINEZ-RODRIGUEZ (6), ) aka Panchas, ) RICHARD RALPH VALLES (7), ) ) Defendants. ) ) | |

The grand jury charges:

Count 1

Beginning on a date unknown to the grand jury and continuing up to and including June 2, 2010, within the Southern District of California, and elsewhere, defendants MANUEL BELTRAN-TORRECILLAS, GILBERTO ROMERO-FIGUEROA, aka Guero, JOSE LONGORIA RODRIGUEZ, aka Tio, FELIPE RANGEL, aka Flip, ESPERANZA GASTELO, aka Pera, DAVID MARTINEZ-RODRIGUEZ, aka Panchas, and RICHARD RALPH VALLES did

SMY:lml:San Diego
6/2/10

knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury to import 500 grams and more of a mixture containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and 963.

## Count 2

On or about October 27, 2009, within the Southern District of California, and elsewhere, defendants MANUEL BELTRAN-TORRECILLAS, GILBERTO ROMERO-FIGUEROA, aka Guero, JOSE LONGORIA RODRIGUEZ, aka Tio, ESPERANZA GASTELO, aka Pera, and DAVID MARTINEZ-RODRIGUEZ, aka Panchas, did knowingly and intentionally import 500 grams and more, to wit: approximately 1 kilograms (2.2 pounds) of a mixture containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

## Count 3

On or about December 18, 2009, within the Southern District of California, and elsewhere, defendants MANUEL BELTRAN-TORRECILLAS, GILBERTO ROMERO-FIGUEROA, aka Guero, JOSE LONGORIA RODRIGUEZ, aka Tio, FELIPE RANGEL, aka Flip, and RICHARD RALPH VALLES did knowingly and intentionally import 500 grams and more, to wit: approximately 600 grams of a mixture containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

Count 4

Beginning on a date unknown to the grand jury and continuing up to and including June 2, 2010, within the Southern District of California, and elsewhere, defendants MANUEL BELTRAN-TORRECILLAS, GILBERTO ROMERO-FIGUEROA, aka Guero, JOSE LONGORIA RODRIGUEZ, aka Tio, FELIPE RANGEL, aka Flip, ESPERANZA GASTELO, aka Pera, DAVID MARTINEZ-RODRIGUEZ, aka Panchas, and RICHARD RALPH VALLES did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury to distribute 500 grams and more of a mixture containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

Count 5

On or about October 27, 2009, within the Southern District of California, and elsewhere, defendants MANUEL BELTRAN-TORRECILLAS, GILBERTO ROMERO-FIGUEROA, aka Guero, JOSE LONGORIA RODRIGUEZ, aka Tio, ESPERANZA GASTELO, aka Pera, and DAVID MARTINEZ-RODRIGUEZ, aka Panchas did knowingly and intentionally possess with intent to distribute 500 grams and more, to wit: approximately 1 kilograms (2.2 pounds) of a mixture containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

//
//
//
//
//

<u>Count 6</u>

On or about December 18, 2009, within the Southern District of California, and elsewhere, defendants MANUEL BELTRAN-TORRECILLAS, GILBERTO ROMERO-FIGUEROA, aka Guero, JOSE LONGORIA RODRIGUEZ, aka Tio, FELIPE RANGEL, aka Flip, and RICHARD RALPH VALLES did knowingly and intentionally possess with intent to distribute 500 grams and more, to wit: approximately 600 grams of a mixture containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: June 2, 2010.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
STEWART M. YOUNG
Assistant U.S. Attorney